(1)

In The United States District Court
for The **Northern** District of Alabama

Kenneth Booker
~~Plaintiffs (s)~~

V.

1.
2.
3.
4.

Name of persons who violated
your constitutional rights

2017 FEB 22 A 10:54

U.S. DISTRICT COURT
N.D. OF ALABAMA

Civil Action No. _____

(To be supplied by clerk of
U.S. District Court)

CV-17-K-0282-M

## Civil Rights Complaint Form

I. Previous Lawsuits

A. Have you begun other lawsuits in state or Federal court dealing with same or similar facts involved in this action?  yes ( )  NO (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  yes ( )  NO (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) _____

Defendant (s) _____

2. Court (if federal court, name district; if state

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for examples was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement Ashville St. Clair County

Place of Institution where Incident occurred Pell City St. Clair County

III. Name and Address of Individual(s) you Allege Violated your Constitutional Rights.

NAME
1. St Clair County
2. Officer Peoples
3. Officer Palmer
4.

Address St. Clair County Jail In Pell City

IV. The Date upon which said Violation occurred Jan 8, 2017

V. State Briefly the Grounds on which you Base your Allegation That your Constitutional Rights are being Violated:

Ground One: Police Brutality, Unnessary Force

(3)

State Briefly the Facts which support This Ground. (State as best you can the time, place and manner and person involved)
On August 23 2016 Officer Palmer used unnessary force by stranguling me with both hand around my neck until I passed out Officer Centah then used his taser to wake me back up

Ground Two:

Supporting Facts: I ~~was~~ opposed no threat to him or anyone.

Ground Three: This incident was on camera 'recorded'

Supporting Facts: time of this incident was first shift "7:30am - 3:00 pm"

(3)

State Briefly the Facts which support This Ground. (state as best you can the time, place and manner and person involved)
On Jan 8 2017 me and two other cell mates were attempting to get an officers attention. To use a proper restroom we were in a drunk tank (A2) Alpha 2. Instead officer Peoples came and covered the cells window. He then came back and accuse me of kicking on the door out of 3 inmates. I felt singled out because the other inmates were white. He then shot me with a taser repeatedly, excessively and brutally to the point where I'm still having problems with my leg to this day.

Ground Two: Results / afterwards

Supporting Facts: Officer Peoples was terminated due to this incident. I was move to the other county jail in Ashville, St Clair

Ground Three: The taser that they use have video and audio recording.

Supporting Facts: The time of the incident was 2nd Shift (3-11pm).

(4)

VI. State Briefly Exactly what you want the Court to Do For you. Make No Legal Argument. Cite No Cases or statutes. I want to sue St. Clair County due to these incidents.

*Kenneth Boy*
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-20-17
date

Signature of Plaintiff(s)